FILED

2005 JUN -3 A 9: 15

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
      DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. No. 05 MJ 00115   LJO |
|---|---|---|
| Plaintiff, | ) | ORDER SEALING COMPLAINT |
| v. | ) | |
| NAMED DEFENDANT, | ) | |
| Defendant. | ) | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

IT IS SO ORDERED, that the complaint shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: June 2, 2005

Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

4