FILED

2005 JUN -6 P 3: 4

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO

BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:05-MJ-00115  LJO |
| Plaintiff, | ) | ORDER UNSEALING COMPLAINT |
| v. | ) | |
| JASON PATRICK LOMBARDO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States having applied to this Court, for unsealing of the complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the complaint, previously filed with this Court under seal, shall be unsealed.

DATED: June __6__, 2005

_____
U.S. Magistrate Judge